

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-15-00001-CV

| | |
|---|---|
| In the Guardianship of Lillian Hester, an Alleged Incapacitated Person | Appealed from the Probate Court No 4 of Harris County. (Tr. Ct. No. 433,974). Opinion delivered Per Curiam. |

**TO THE PROBATE COURT NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 19, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Martin Gonzales.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 28, 2015.

CHRISTOPHER A. PRINE, CLERK